**IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS**

| | |
|---|---|
| GLORIA TORRES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 22-cv-3795 |
| WAL-MART STORES INC., d/b/a SAM'S CLUB, | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

NOW COMES **Defendant, SAM'S WEST, INC.**, **incorrectly sued as Wal-Mart Stores, Inc., d/b/a Sam's Club,** by and through its attorneys James P. Balog and Lucas Sun, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action to the United States District Court for the Northern District of Illinois, and in support thereof, states as follows:

PLEADINGS AND BACKGROUND

1. The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2. This matter arises out of an incident which occurred on August 28, 2020 at the Sam's Club located at 1050 Ogden Ave., Montgomery, Illinois. Plaintiff filed a Complaint in the Circuit Court of Kendall County, styled <u>GLORIA TORRES v. WALMART STORES, INC. d/b/a SAM'S CLUB</u>, bearing Case No. 2022 LA 000052. (*See* Exhibit A, Plaintiff's Complaint at Law).

3. Defendant first received Plaintiff's Complaint when it was served with process on June 16, 2022. (*See* Exhibit B, Service of Process).

4. In response to the Complaint, Defendant filed its Appearance and Jury Demand on July 1, 2022. (*See* Exhibit C, Defendant's Appearance and Jury Demand).

5. Defendant also issued Requests to Admit regarding Plaintiff's citizenship and amount in controversy on July 5, 2022.

BASIS FOR DIVERSITY

6. Both at the time of the commencement of the State Court action and at the present time, Defendant, Sam's West Inc., (as well as Walmart Inc., the improperly named Defendant) were Delaware Corporations with executive headquarters in Bentonville, Arkansas. (*See* Exhibit D, Arkansas Secretary of State Business Information Search for Sam's West, Inc.).

7. A corporation has a single principal place of business where its executive headquarters are located. *Metropolitan Life Ins. Co. v. Estate of Cammon*, 929 F.2d 1220, 1223 (7th Cir. 1991). Therefore, at all pertinent times, Defendant, Sam's West Inc., (as well as Walmart Inc., the improperly named Defendant) were both citizens of Arkansas and Delaware.

8. Plaintiff responded to Defendant's Requests to Admit on July 8, 2022, admitting both (1) Plaintiff is a citizen of Illinois and (2) damages sought exceeded $75,000. (Exhibit D, Plaintiff's Answers to Requests to Admit).

9. With the first notice that the claimed amount in controversy exceeded $75,000 and that Plaintiff is a citizen of Illinois (thereby fulfilling diversity requirements) occurring on or about July 8, 2022, when Defendant was served with the answers to Request to Admit, this Notice was filed within thirty (30) days of "receipt by the defendant[s], through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it may be first ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

10. As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon Plaintiff's counsel, and file with the Circuit Court of Kendall County, a true and correct copy of this Notice.

11. By removing this action, Defendant does not waive any defenses available to it.

12. If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

13. This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant SAM'S WEST INC., incorrectly sued as Wal-Mart Stores, Inc., d/b/a Sam's Club prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: July 21, 2022

Respectfully submitted,

O'HAGAN MEYER LLC
By:
s/Lucas Sun
One of the Attorneys for Defendant
Sam's West Inc.

James P. Balog, Esq.
Lucas Sun, Esq.
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: 312-422-6100 / Fax: 312-422-6110
jbalog@ohaganmeyer.com
lsun@ohaganmeyer.com