KENDALL COUNTY ILLINOIS
6/9/2022 12:03 PM
MATTHEW G. PROCHASKA
CLERK OF THE CIRCUIT COURT

## IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| GLORIA TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2022LA000052 |
| v. ) | Case No.: |
| ) | |
| WAL-MART STORES INC., d/b/a ) | **JURY TRIAL DEMANDED** |
| SAM'S CLUB, ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff GLORIA TORRES. by and through her attorneys LEONARD LAW GROUP, LLC., and complaining of the Defendant, WAL-MART STORES INC., d/b/a/ SAM'S CLUB, hereinafter referred to as SAM'S CLUB states as follows:

1. That on or about August 28, 2020, Plaintiff, GLORIA TORRES, was a patron of an establishment commonly known as SAM'S CLUB, located at 1050 Ogden Ave, Montgomery, IL ("Property") and was lawfully and properly on and upon said premises.

2. That Defendant SAM'S CLUB owned, operated, managed, a consumer goods store at the Property at all times relevant.

3. That at all times relevant, Defendant SAM'S CLUB was under a duty to own, operate, manage, maintain and control the Property, including the common areas, in an ordinary and reasonable fashion.

4. That notwithstanding the above stated duties, the Defendant, SAM'S CLUB was guilty of one or more of the following careless and negligent acts or omissions:

**NOTICE**
Pursuant to Supreme Court Rule 218, this case is hereby set for a Case Management Conference on 09/07/2022 at 9 am in courtroom 115. Failure to appear may result in the case being dismissed or an order of default being entered.
Clerk of the Circuit Court



(a) Permitted and allowed a pool of water to remain upon the floor of an aisle located within the SAM's Club, a condition that existed prior to plaintiff's occurrence, giving the Defendant actual and constructive notice of said condition;

(b) Permitted and allowed said property and premises, and in particular the aisles located at the above property and premises to be and remain in a hazardous and unsafe condition thereby resulting in plaintiff's injuries;

(c) Failed to properly maintain its aisles, such that it allowed a condition where a pool of water remained on the floor of its aisles, the water being a hazard to patrons of said property and premises when the Defendant knew or should have known of the condition;

(d) Failed to make proper, timely and necessary inspections of the aforesaid property and premises to discover the above-mentioned unsafe and negligent condition;

(e) Failed to implement and maintain necessary and proper safety standards in the operation of said property and premises;

(f) Failed to implement and maintain necessary and proper maintenance standards in the operation of said property and premises;

(g) Failed to properly instruct and supervise its agents, servants and/or employees in proper safety and maintenance procedures when servicing and maintaining said property and premises;

(h) Failed to warn persons such as Plaintiff of the pool of water that existed on the floor of an aisle located in the Sam's Club:

(i) Failed to provide a safe means of ingress and egress to and from its aisle for its patrons such as Plaintiff lawfully and properly on and upon said premises.

5. That the Defendant, SAM'S CLUB through its agents and or employees and/or its representatives had actual and /or constructive notice of all of the preceding conditions.

6. That as a direct and proximate result of one or more of the above-mentioned careless and negligent acts or omissions of the Defendant SAM'S CLUB, the Plaintiff, GLORIA TORRES, slipped and fell due to the presence of water on the floor within Sam's Club resulting in Plaintiff sustaining serious and permanent injuries. Plaintiff has suffered and will suffer in the future great pain and discomfort, physical impairment and has been and will be kept from attending to her usual affairs and duties and has lost and will continue to lose great gains which she would have made and acquired and Plaintiff has become liable for large sums of money for medical care and will in the future become so liable.

WHEREFORE, the Plaintiff, GLORIA TORRES asks that judgment be entered in her favor and against the Defendant, WAL-MART STORES INC., d/b/a SAM'S CLUB in a sum excess of FIFTY THOUSAND (50,000.00) DOLLARS, plus the costs of their action.

Respectfully submitted,

LEONARD LAW GROUP, LLC


*/s/ Daniel J. Biederman, Sr.*
Attorneys for Plaintiff

Daniel J. Biederman, Sr.
**LEONARD LAW GROUP, LLC**
325 S. Paulina Street, Suite 100
Chicago, Illinois 60612
(T) 312-226-8273 | (F) 312-226-8274
daniel@leonardlawgroup.net
ARDC No. 6193960

KENDALL COUNTY ILLINOIS
6/9/2022 12:03 PM 7 2 7 *
MATTHEW G. PROCHASKA
CLERK OF THE CIRCUIT COURT

# IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| GLORIA TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: **2022LA000052** |
| v. ) | |
| ) | |
| WAL-MART STORES INC., d/b/a ) | **JURY TRIAL DEMANDED** |
| SAM'S CLUB, ) | |
| ) | |
| Defendant. ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

I, the undersigned, pursuant to penalties of perjury as authorized by 735 ILCS 5/1-109, state as follows:

1. I am an attorney licensed to practice law in the State of Illinois;

2. I am the attorneys in the above-captioned matter for Plaintiff GLORIA TORRES;

3. Pursuant to Supreme Court Rule 222(b), the total damages sought by Plaintiff in this action exceed FIFTY THOUSAND DOLLARS ($50,000.00).

FURTHER, AFFIANT SAYETH NAUGHT.

/s/ *Daniel J. Bierderman Sr.*
Attorney for Plaintiff

Daniel J. Biederman, Sr.
**LEONARD LAW GROUP, LLC**
325 S. Paulina Street, Suite 100
Chicago, Illinois 60612
(T) 312-226-8273 | (F) 312-226-8274
daniel@leonardlawgroup.net
ARDC No. 6193960

IN THE CIRCUIT COURT FOR
THE TWENTY-THIRD JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

KENDALL COUNTY ILLINOIS
6/9/2022 12:03 PM
MATTHEW G. PROCHASKA
CLERK OF THE CIRCUIT COURT

2022LA000052

STATE OF ILLINOIS ) SS.
COUNTY OF KENDALL )

GEN. NO. _____

| GLORIA TORRES, | WAL-MART STORES INC., d/b/a SAM'S CLUB, |
|---|---|
| VS. | |
| PLAINTIFF(S) | DEFENDANT(S) |

☒ PLAINTIFF    ☐ DEFENDANT

Name: GLORIA TORRES
Address:
City:
Email Address:

**ATTORNEY FOR THE ABOVE**
Name: Leonard Law Group, LLC
Address: 325 S. Paulina Street, Suite 100
City: Chicago, IL 60612
Code No.: ARDC No. 6193960
Telephone: 312-226-8273
Email Address: daniel@leonardlawgroup.net

# DEMAND FOR JURY

To Matthew G. Prochaska,
Clerk of said Court; the plaintiff or defendant named herein demands a trial by jury in the above captioned case.

GLORIA TORRES

☒ Plaintiff       ☐ Defendant

By: _____
                Their Attorney

Rev. 02/2021                                                       Form 25